# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-1902

———————————————

Simmie Kendry,

Appellant,

v.

C.O.E. Kraft, et al.,

Appellees.

———————————————

On appeal from the Circuit Court for Columbia County.
Andrew J. Decker, Judge.

May 24, 2019

Per Curiam.

Affirmed.

Lewis, Rowe, and Makar, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Simmie Kendry, pro se, Appellant.

Ashley B. Moody, Attorney General, and Leslie Healer, Assistant Attorney General, Tallahassee, for Appellees.